UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| ARTHUR ROGERS, JR., #205566, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO.  2:04-cv-622-MEF |
| ) | (WO) |
| DR. ROBBINS, *et al.,* ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1.  The plaintiff's objection (Doc. #44) to the Recommendation of the Magistrate Judge (Doc. #43) filed on June 7, 2006 is OVERRULED;

2.  The Recommendation of the Magistrate Judge (Doc. #43) entered on May 23, 2006 is ADOPTED;

3.  The motions for summary judgment filed by the defendants are GRANTED.

4.  Judgment is granted in favor of the defendants and this case is DISMISSED with prejudice.

5.  The costs of this proceeding are taxed against the plaintiff.

DONE this 13th day of June, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE